DONNA Y. L. LEONG, 3226
Corporation Counsel

CURTIS E. SHERWOOD, 7851
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
Telephone: (808) 768-5134
Facsimile: (808) 768-5105
Email address: csherwood@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANDREW NAMIKI ROBERTS, | ) CIVIL NO. CV15-00467 ACK-RLP |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) STAY PROCEEDINGS |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF | ) |
| HONOLULU; and JOHN DOES 1-50, | ) |
| | ) Trial Date: None. |
| Defendants. | ) |
| | ) |

STIPULATION AND ORDER TO STAY PROCEEDINGS

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned parties, the following:

1. On September 12, 2019, the Ninth Circuit Court of Appeals issued an Opinion vacating the instant Court's ruling on the issue of attorneys' fees and remanded the same for further proceedings.

2. In an effort to resolve the matter once and for all, Plaintiff-Appellant ANDREW ROBERTS ("Plaintiff-Appellant") and Defendant-Appellee CITY AND COUNTY OF HONOLULU have undertaken informal settlement discussions and appear to have reached a tentative settlement agreement.

3. Said settlement agreement is contingent upon, and subject to, approval by the Honolulu City Council.

4. The Honolulu City Council only meets once per month and the next full Council meeting in which the matter may be heard is November 6, 2019.

5. Prior to November 6, 2019, Plaintiff-Appellant faces a number of deadlines—most notably deadlines for submissions on the issue of costs and attorney's fees to both the Ninth Circuit Court of Appeals and the instant Court.

6. These additional submissions will only increase Plaintiff-Appellant's demand with respect to the amount of costs and attorneys' fees sought.

7. Additionally, action by this Honorable Court will in all likelihood prove to be an unnecessary expenditure of judicial resources if City Council approves the tentative agreement.

8. WHEREFORE, the parties to the instant action agree, and hereby request, that all proceedings in this case—including all pending deadlines—be stayed until November 20, 2019.

9. Attorneys for Defendant-Appellant CITY AND COUNTY OF HONOLULU shall notify Plaintiff and this Honorable Court within 24 hours of the City Council's decision.

DATED: Honolulu, Hawaiʻi, September 23, 2019.

    PAUL S. AOKI
    Acting Corporation Counsel

    By: /s/ Curtis E. Sherwood
        CURTIS E. SHERWOOD
        Deputy Corporation Counsel
        Attorney for Defendant-Appellee
        CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawaiʻi, September 23, 2019.

   /s/ Richard L. Holcomb
RICHARD L. HOLCOMB
ALAN BECK
Attorney for Plaintiff-Appellant
ANDREW NAMIKI ROBERTS

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaiʻi, September 26, 2019.

Alan C. Kay
Sr. United States District Judge