PAUL S. AOKI  1286
Acting Corporation Counsel

CURTIS E. SHERWOOD  7851
Deputy Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
Telephone:  (808) 768-5134
Facsimile:   (808) 768-5105
Email address: csherwood@honolulu.gov

Attorney for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANDREW NAMIKI ROBERTS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF<br>HONOLULU; and JOHN DOES 1-50,<br><br>　　　　Defendants. | ) CIVIL NO. CV15-00467 ACK-RLP<br>)<br>) ORDER AND STIPULATION FOR<br>) DISMISSAL OF ALL CLAIMS AND<br>) PARTIES WITH PREJUDICE<br>)<br>)<br>)<br>) Trial Date:  None.<br>) |

ORDER AND STIPULATION FOR DISMISSAL OF
ALL CLAIMS NAD PARTIES WITH PREJUDICE

　　　IT IS HEREBY STIPULATED AND AGREED by and between all of the

parties currently remaining in this action, pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, that all claims be dismissed with prejudice.

　　　No trial had been yet set in this matter.

As a result of this Stipulated Dismissal, this action is concluded *in totem.* No other claims and/or parties remain.  No other claims, parties or issues regarding costs and/or attorney's fees remain.

DATED: Honolulu, Hawaii, December 5, 2019.

    /s/ Richard L. Holcomb
RICHARD L. HOLCOMB
ALAN BECK

Attorneys for Plaintiff
ANDREW NAMIKI ROBERTS

DATED: Honolulu, Hawaii, December 4, 2019.

PAUL S. AOKI
Acting Corporation Counsel

By: /s/ Curtis E. Sherwood
    CURTIS E. SHERWOOD
    Deputy Corporation Counsel

    Attorneys for Defendant
    CITY AND COUNTY OF HONOLULU

APPROVED AS TO FORM AND SO ORDERED.
DATED, HONOLULU. HAWAI`I, JANUARY 15, 2019



Alan C. Kay
Sr. United States District Judge

---

*Andrew Namiki Roberts v. City and County of Honolulu, et al.*, Civil No. 15-00467 ACK/RLP; ORDER AND STIPULATION FOR DISMISSAL OF ALL CLAIMS AND PARTIES WITH PREJUDICE